**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK HALL**,<br><br>*Plaintiff,*<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant* | **Case No. 2:25-cv-04908-JDW** |
| **ROBERT BOWEN**,<br><br>*Plaintiff,*<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant* | **Case No. 2:25-cv-04914-JDW** |
| **REBECCA RICHARDS**,<br><br>*Plaintiff,*<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC**,<br><br>*Defendant* | **Case No. 2:25-cv-04920-JDW** |

**ORDER**

**AND NOW**, this 4th day of September, 2025, upon consideration of Plaintiffs Mark Hall, Robert Bowen, and Rebecca Richards's joint Motion To Consolidate Cases And Appoint

Interim Co-Lead Class Counsel (ECF No. 7)[1], it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as set forth below:

1. The Motion is **GRANTED** with respect to Plaintiffs' request for consolidation, as follows:

   a. The following cases are hereby **CONSOLIDATED**: *Hall v. Healthcare Services Group Inc.* (No. 2:25-cv-04908-JDW); *Bowen v. Healthcare Services Group Inc.* (No. 2:25-cv-04914-JDW); and *Richards v. Healthcare Services Group Inc.* (No. 2:25-cv-04920-JDW) (together "Consolidated Action");

   b. The Consolidated Action will be maintained under the first-filed *Hall* matter, No. 2:25-cv-04908-JDW; and

   c. The Clerk of the Court shall administratively terminate the *Bowen* and *Richards* matters;

2. The Motion is **DENIED** with respect to Plaintiffs' request to appoint Interim Co-Lead Class Counsel because that request is premature. These cases have only recently been filed, others have been filed since then, and additional cases may follow. I will revisit the leadership structure once I have a better understanding of the full universe of cases.

**BY THE COURT:**

*<u>/s/ Joshua D. Wolson</u>*
JOSHUA D. WOLSON, J.

---

[1] I note that Plaintiffs filed their Motion in the *Hall* case only.