IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK HALL**, individually and on behalf of others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**HEALTHCARE SERVICES GROUP INC.**,<br><br>*Defendant.* | **Case No. 2:25-cv-04908-JDW** |

## ORDER

**AND NOW**, this 24th day of November, 2025, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Majority Plaintiffs' Motion To Appoint Interim Co-Lead Class Counsel (ECF No. 18) is **GRANTED**;

2. Pursuant to this Motion and to Federal Rule of Civil Procedure 23(g)(3), Charles E. Schaffer of Levin Sedran & Berman LLP, Andrew W. Ferich of Ahdoot & Wolfson, PC, and Benjamin F. Johns of Shub Johns & Holbrook LLP are appointed Interim Co-Lead Counsel;

3. Plaintiffs Wolff and Wilkerson's Motion To Appoint Interim Class Counsel (ECF No. 19) is **DENIED**;

4. The Parties shall submit a consolidated complaint on or before December 19, 2025; and

5.      Defendant shall file a responsive pleading on or before January 23, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.