**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARK HALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-04908-JDW |

**STIPULATION TO STAY LITIGATION PENDING MEDIATION**

Plaintiffs and Defendant Healthcare Services Group, Inc., by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on November 24, 2025, the Court appointed Interim Co-Lead Counsel in this litigation. ECF No. 24.

WHEREAS, on December 19, 2025, Plaintiffs filed the Consolidated Class Action Complaint. ECF No. 25.

WHEREAS, Counsel for the parties have conferred, and the parties have reached an agreement to attempt to resolve this litigation on a class-wide basis through mediation. The parties have set a mediation date with Bennet G. Picker, Esq. of Stradley Ronon Stevens & Young LLP for March 11, 2026.

NOW THEREFORE, in order to conserve resources and promote efficiency while the parties prepare for mediation and during the parties' pre-mediation negotiation efforts, the parties stipulate to, and request that the Court grant, a stay of this litigation, including all remaining deadlines set forth in the Court's November 24, 2025 Order (ECF No. 24), pending the outcome of the March 11, 2026 mediation. By no later than March 18, 2026, the parties will submit a joint

status report to the Court detailing the status of potential settlement and whether the stay should be lifted or extended.

Dated: December 31, 2025

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA ID No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@andootwolfson.com

Benjamin F. Johns (PA ID No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
bjohns@shublawyers.com

Charles E. Schaffer (PA ID No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut St, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*Interim Co-Lead Counsel*

Dated: December 31, 2025

*/s/ Erin Leffler*
Erin L. Leffler, Esq.
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
eleffler@shb.com

*Counsel for Defendant*

**APPROVED BY THE COURT**

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**
**UNITED STATES DISTRICT JUDGE**

**Dated**: January 5, 2026