**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

REBECCA RICHARDS, HAROLD HENDERSON, STACY PETRILLO, and STANLEY WILLIAMSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HEALTHCARE SERVICES GROUP, INC.,

Defendant.

Case No. 2:25-cv-04908-JDW

**JOINT NOTICE OF SETTLEMENT**

COME NOW Plaintiffs, Rebecca Richards, Harold Henderson, Stacy Petrillo, and Stanley Williamson, individually and on behalf of all others similarly situated, along with Healthcare Services Group, Inc. (collectively, the "Parties"), and hereby notify the Court that they have reached an agreement in principle on the material terms of a settlement resolving and releasing all claims asserted in this action on a classwide basis.

The settlement is conditioned on the Parties' execution of a written settlement agreement, which will be submitted to the Court in connection with Plaintiffs' anticipated Unopposed Motion for Preliminary Approval. The Parties currently anticipate filing that motion within the next 45 days.

Dated: March 17, 2026

/s/ *Andrew W. Ferich*
Andrew W. Ferich (PA ID No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@andootwolfson.com

Benjamin F. Johns (PA ID No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
bjohns@shublawyers.com

Charles E. Schaffer (PA ID No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut St, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*Interim Co-Lead Counsel*

Dated: March 17, 2026

/s/ Erin L. Leffler
Erin L. Leffler, Esq. (PA ID No. 204507)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
eleffler@shb.com

*Counsel for Defendant*