**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA RICHARDS, HAROLD HENDERSON, STACY PETRILLO, and STANLEY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-04908-JDW<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs[1], individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying the Settlement Class for purposes of settlement only; (iii) appointing Plaintiffs as the Class Representatives; (iv) appointing Andrew W. Ferich of Ahdoot & Wolfson, PC, Benjamin F. Johns of Shub Johns & Holbrook LLP, and Charles E. Schaffer of Levin Sedran & Berman LLP as Class Counsel; (v) approving the Parties' proposed form and method of giving Notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that Notice be given to the Settlement Class; (vii) scheduling a Final Fairness Hearing at which time the Court will consider the requests for final settlement approval and attorneys' fees, expenses, and Service Awards; and (viii) granting such other relief and further relief as the Court deems

[1] All capitalized terms in this brief have the same meanings ascribed to them in the Settlement Agreement. *See* Settlement Agreement, Section II (Definitions).

just and proper. Defendant Healthcare Services Group, Inc. does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and its exhibits; the Joint Declaration of Class Counsel; the Declaration of Andrea Dudinsky; and all prior pleadings and proceedings properly before the Court.

Dated: May 1, 2026

Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. No. 313696
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

Benjamin F. Johns (PA I.D. No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
bjohns@shublawyers.com

Charles E. Schaffer (PA I.D. No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*Proposed Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered CM/ECF users.

*/s/ Andrew W. Ferich*
Andrew W. Ferich