**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA RICHARDS, HAROLD HENDERSON, STACY PETRILLO, and STANLEY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-04908-JDW<br><br>**CLASS ACTION** |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, LITIGATION**
**COSTS AND EXPENSES, AND SERVICE AWARDS**

Pursuant to the Court's June 3, 2026 order granting preliminary approval of the proposed Settlement[1] (ECF No. 35), Plaintiffs Rebecca Richards, Harold Henderson, Stacy Petrillo, and Stanley Williamson (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully seek an order approving payment of the Fee Award and Costs and Class Representative Service Awards from the Settlement Fund as follows: (i) $1,000,000.00 for attorneys' fees; (ii) $15,612.23 for Class Counsel's litigation costs and expenses; and (iii) $2,500.00 Service Awards for each of the four Class Representatives ($10,000.00 total).

This motion is based on this notice, the accompanying Memorandum of Law, the Joint Declaration of Class Counsel and its exhibits, and all other documents and arguments submitted in support thereof.

---

[1] All capitalized terms have the meaning ascribed to them in Section 2 (Definitions) of the Settlement Agreement (ECF No. 34-2).

A proposed order addressing the relief requested in this motion will be submitted with the motion for final approval of class action settlement.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

Benjamin F. Johns (PA I.D. No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
bjohns@shublawyers.com

Charles E. Schaffer (PA I.D. No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*Settlement Class Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew W. Ferich, hereby certify that on this 13th day of August, 2026, I caused the foregoing **Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Expenses, and Service Awards**, to be filed using the Court's CM/ECF system, thereby causing it to be electronically served upon all counsel of record. I further certify that on the same day, I sent a copy of the foregoing to the Settlement Administrator to be posted on the Settlement Website devoted to this case, at the following URL: https://healthcareservicesgroupsettlement.com.

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. No. 313696)