# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| REBECCA RICHARDS, HAROLD HENDERSON, STACY PETRILLO, and STANLEY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-04908-JDW<br><br>**CLASS ACTION** |

### JOINT DECLARATION OF CLASS COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARDS

We, Andrew W. Ferich, Benjamin F. Johns, and Charles E. Schaffer, declare as follows:

1. We are Settlement Class Counsel for Plaintiffs in this action.[1]

2. We make the foregoing declaration based upon personal knowledge and, if compelled to testify as witnesses, would testify competently thereto.

3. Pursuant to the Court's November 24, 2025 Order (ECF No. 24), we have served as Interim Class Counsel for Plaintiffs and the Class in this litigation. We were subsequently appointed as Class Counsel for the Settlement Class in connection with preliminary settlement approval. *See* ECF No. 35. Our firms regularly litigate class actions, including data breach cases, in Pennsylvania and throughout the United States. We submit this Joint Declaration ("Joint

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Settlement Agreement (Section II, Definitions).

Counsel Fee Decl.") in support of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards.

## **EFFORTS IN THIS LITIGATION**

4.     Class Counsel's efforts in this litigation and qualifications to serve as class counsel are detailed in the Joint Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 34-3) and are further described below.

5.     These qualifications are reflected in the substantial time, effort, and resources that Class Counsel have invested in the investigation, discovery, and litigation of this Action, including:

- Researching, investigating, and drafting the initial complaints;

- Voluntarily coordinating and engaging in private ordering;

- Drafting and filing a motion to consolidate the three pending actions and appoint interim co-lead counsel;

- Conferring with Defendant's counsel to negotiate a schedule for the consolidated complaint and motion to dismiss briefing;

- Researching and drafting the consolidated complaint, including extensive research into the facts and circumstances of the data disclosure and the potential claims and defenses;

- Consulting with a cybersecurity and liability expert extensively regarding the data disclosure; and

- Interviewing Plaintiffs and putative Class Members regarding their experience with the data disclosure and resulting damages.

## SETTLEMENT EFFORTS

6.    Class Counsel's mediation efforts were extensive and began well before the mediation session itself. Among other things, Class Counsel conferred with Defendant's counsel regarding mediation planning, negotiated the selection of a mutually acceptable mediator, and participated in substantive mediation-related discovery and discussions.

7.    Class Counsel also researched and drafted a detailed 15-page mediation statement, which included a settlement demand.

8.    On March 11, 2026, the Parties attended and participated in a full-day mediation with Bennett G. Picker of Stradley Ronon Stevens & Young LLP. Through their efforts at mediation, the Parties reached an agreement in principle regarding the Settlement's general terms and structure. However, additional discussions and negotiations were necessary to finalize the terms of the Settlement.

9.    Following the mediation, the Parties continued to engage in negotiations and settlement discussions and ultimately reach agreement on all material terms of the Settlement.

10.    As part of finalizing the details of the Settlement, Class Counsel solicited competitive bids from prospective settlement administrators and evaluated those proposals to determine which administrator would be serve the needs of the case and the Settlement Class.

11.    The Parties engaged in discussions regarding administration and ultimately agreed to engage Kroll as the Settlement Administrator, and subsequently memorialized the various notice documents.

<u>**CLASS COUNSEL'S REASONABLE LODESTAR AND EXPENSES**</u>

12.     Class Counsel have contributed substantial time, expense, and effort to pursuing this matter on behalf of Plaintiffs and the Class.

13.     To date, Class Counsel have committed a combined 634 hours, for a lodestar total of $519,802.25 prosecuting this matter for Plaintiffs and the Class. The hourly rates of Class Counsel and their respective firms are their customary rates and are consistent with those utilized for lodestar cross-check purposes.

14.     The timekeepers at our respective law firms billed the following from the inception of this case through July 31, 2026. Each Class Counsel, alone, avers to the charts below relating to their respective firm and its lodestar and expense summaries:

| SHUB JOHNS & HOLBROOK LLP – LODESTAR REPORT | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **HOURLY RATE** | **TOTAL HOURS** | **LODESTAR** |
| Benjamin F. Johns | Partner | $1,100.00 | 75.95 | $83,545.00 |
| Samantha E. Holbrook | Partner | $950.00 | 36.92 | $35,074.00 |
| Deirdre R. Mulligan | Associate | $750.00 | 56.50 | $38,385.00 |
| Mary Murphy | Law Clerk | $450.00 | 37.60 | $16,920.00 |
| Christine Powers | Paralegal | $325.00 | 39.51 | $12,840.75 |
| Damian Gomez | Admin | $325.00 | 14.30 | $4,647.50 |
| **TOTAL:** | | | **260.78** | **$191,412.25** |

| LEVIN SEDRAN & BERMAN LLP – LODESTAR REPORT | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **HOURLY RATE** | **TOTAL HOURS** | **LODESTAR** |
| Charles Schaffer | Partner | $1,025.00 | 115.70 | $118,592.50 |
| Nicholas Elia | Associate | $650.00 | 15.00 | $9,750.00 |
| Caroline Bojarski | Associate | $600.00 | 6.90 | $4,140.00 |
| Ruby Summers | Paralegal | $475.00 | 11.50 | $5,462.50 |
| **TOTAL:** | | | **149.10** | **$137,945.00** |

| AHDOOT & WOLFSON, PC – LODESTAR REPORT | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **HOURLY RATE** | **TOTAL HOURS** | **LODESTAR** |
| Andrew W. Ferich | Partner | $1,050.00 | 129.9 | $136,395.00 |
| Bradley K. King | Partner | $1,100.00 | 3.4 | $3,740.00 |
| Alyssa Brown | Associate | $950.00 | 5.6 | $5,320.00 |
| Brian J. Devall | Associate | $600.00 | 23.4 | $14,040.00 |
| Michelle Montecalvo | Paralegal | $500.00 | 61.9 | $30,950.00 |
| **TOTAL:** | | | **224.2** | **$190,445.00** |

15.     The time reflected herein was recorded contemporaneously as the billable work was performed. Based on our experience in similar cases, we, as Class Counsel, are of the opinion that this time was reasonable and necessary to the prosecution and resolution of a case of this type.

16.     To date, Class Counsel have collectively incurred $15,612.23 in expenses that were directly related to and reasonably necessary for the prosecution of this matter. These expenses are of the type ordinarily billed to fee-paying clients in the private litigation sector, and are reasonable reflections of the demands of this litigation, including filing fees and copy expenses. By far, the largest expenditure was Plaintiffs' portion of the payment for the March 11, 2026 mediation with Mr. Picker. In reviewing our firms' detailed time and expenses, we made sure that all time and expenses referenced herein were attributed to this case and do not include any redundancies.

17.     From the inception of this case through July 31, 2026, our firms incurred the following litigation expenses:

| SHUB JOHNS & HOLBROOK LLP – EXPENSE REPORT | |
|---|---|
| **CATEGORY** | **TOTAL EXPENSES PER CATEGORY** |
| Electronic Research | $472.16 |
| Filing Fees | $480.00 |
| Mediation Fees | $3,250.00 |
| Professional Legal Services | $270.00 |

5

| Expert Fees | $250.00 |
| Investigation | $90.98 |
| Meals/Travel | $729.77 |
| **TOTAL:** | **$5,542.91** |

| LEVIN SEDRAN & BERMAN LLP – EXPENSE REPORT | |
|---|---|
| **CATEGORY** | **TOTAL EXPENSES PER CATEGORY** |
| Electronic Research | $12.80 |
| Filing Fees | $885.00 |
| Mediation Fees | $3,250.00 |
| Professional Legal Services | $140.80 |
| Mailing / Postage / Printing / Copying | $10.44 |
| **TOTAL:** | **$4,299.04** |

| AHDOOT & WOLFSON, PC – EXPENSE REPORT | |
|---|---|
| **CATEGORY** | **TOTAL EXPENSES PER CATEGORY** |
| Electronic Research | $19.80 |
| Filing Fees | $885.00 |
| Mediation Fees | $3,250.00 |
| Professional Legal Services | $280.74 |
| Expert Fees | $1,250.00 |
| Meals / Travel | $84.74 |
| **TOTAL:** | **$5,770.28** |

18. The above expenses were necessary for the effective prosecution of the case and are of the type ordinarily billed by attorneys to paying clients in the marketplace. Detailed records of our time and expenses are reflected in the books and records of our firms and available to the Court *in camera* upon request.

## THE CLASS REPRESENTATIVE SERVICE AWARDS

19. The proposed Class Representatives have been active participants in this case. They participated in lengthy interviews with Class Counsel, provided relevant documents and

information, reviewed the various complaints, and generally stayed informed about this litigation. They each reviewed and approved the settlement demand, final settlement amount, and Settlement Agreement, and spent substantial time and effort protecting the interests of the Class, including collecting documents and materials in support of their claims. Class Representatives have no conflicts of interest with other Settlement Class Members, are subject to no unique defenses, and they have and continue to vigorously prosecute this case on behalf of the Settlement Class. Accordingly, Service Awards of $2,500 to each Class Representative are reasonable given the efforts of each Class Representative on behalf of the Class in this matter.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August, 2026.

/s/ Andrew W. Ferich
Andrew W. Ferich
(PA I.D. No. 313696)
**AHDOOT & WOLFSON, PC**

/s/ Benjamin F. Johns
Benjamin F. Johns
(PA I.D. No. 201373)
**SHUB JOHNS & HOLBROOK LLP**

/s/ Charles E. Schaffer
Charles E. Schaffer
(PA I.D. No. 76259)
**LEVIN SEDRAN & BERMAN LLP**

7