**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REBECCA RICHARDS, HAROLD HENDERSON, STACY PETRILLO, and STANLEY WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEALTHCARE SERVICES GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-04908-JDW<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs respectfully move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an Order granting final approval of the proposed Settlement in this matter and entering final judgment. Plaintiffs are concurrently submitting a memorandum of law that addresses the final approval factors, a supporting declaration from the Settlement Administrator, and a proposed Final Approval Order and proposed Final Judgment.

Dated: September 4, 2026

Respectfully submitted,

*/s/ Andrew W. Ferich*

Andrew Ferich (PA I.D. No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

Benjamin F. Johns (PA I.D. No. 201373)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

Tel: (610) 477-8380
bjohns@shublawyers.com

Charles E. Schaffer (PA I.D. No. 76259)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of September, 2026, a true and correct copy of the above and foregoing was filed with the Clerk of the Court via the Court's CM/ECF system for electronic service on all counsel of record. I further certify that on this same day, I sent a copy of the foregoing to the Settlement Administrator to be posted on the Settlement Website devoted to this case, at the following URL: https://healthcareservicesgroupsettlement.com/.

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. # 313696)